**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JEREMY SCHNEIDER, an individual,<br><br>Plaintiff,<br>v.<br><br>THE ULTIMATE SOFTWARE GROUP, INC., a Delaware corporation,<br><br>Defendant. | **CASE NO. 2:19-cv-00332 TSZ**<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**ORDER**

The Court, having reviewed the records and files herein, and the stipulation of the parties, docket no. 10, and deeming itself fully informed, hereby GRANTS Plaintiff leave to file his First Amended Complaint adding a federal cause of action under the Family and Medical Leave Act. This right to amend is granted to Plaintiff without prejudice or limit to any answers or affirmative defenses that may be asserted by Defendant in response.

ORDER GRANTING PLAINTIFF
LEAVE TO FILE FIRST AMENDED COMPLAINT - 1
Case No.: 2:19-cv-00332 TSZ

VANGUARD LAW, LLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344

DATED this 8th day of April, 2019.

_____
Thomas S. Zilly
United States District Judge

Approved as to form;
Notice of presentation waived.

| VANGUARD LAW, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Spencer Nathan Thal*<br>By_____<br>Spencer Nathan Thal, WSBA #20074<br>Vanguard Law, PLLC<br>PO Box 939<br>Poulsbo WA 98370<br>Phone: (206) 488-8344<br>Email: spencer@vanguardlawfirm.com | */s/ Jaime N. Cole*<br>By _____<br>Jaime N. Cole, WSBA # 47258<br>Anthony B. Byergo, WSBA # 50929<br>1201 Third Avenue, Suite 5150<br>Seattle WA 98101<br>Phone: (206) 693-7057<br>Email: jaime.cole@ogletree.com<br>Email: anthony.byergo.@ogletree.com |
| Attorney for Plaintiff | Attorneys for Defendant |

ORDER GRANTING PLAINTIFF
LEAVE TO FILE FIRST AMENDED COMPLAINT - 2
Case No.: 2:19-cv-00332 TSZ

VANGUARD LAW, LLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344