UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY SCHNEIDER,<br><br>              Plaintiff,<br><br>   v.<br><br>THE ULTIMATE SOFTWARE GROUP, INC.,<br><br>             Defendant. | C19-332 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court modified the proposed Stipulated Protective Order, docket no. 19, by striking the words "and non-technical" from page 2, lines 12-13. Local Rule 26(c)(2) prohibits any protective order from purporting to "confer blanket protection on all disclosures or responses to discovery" and restricts confidential designations to "limited information." As proposed, the protective order was overbroad, covering all "technical and non-technical" information. If the parties disagree with the Court's modification they are DIRECTED to show cause why the Court should enter the parties' proposed language.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1