**The Honorable Thomas S. Zilly**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jeremy Schneider,<br><br>    Plaintiff,<br><br>vs.<br><br>The Ultimate Software Group, Inc., a Delaware corporation, ,<br><br>    Defendant. | Case No. 2:19-cv-00332-TSZ<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 56** |

PURSUANT TO STIPULATED MOTION, docket no. 25, IT IS SO ORDERED.

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 56, all dispositive motions must be filed by March 12, 2020, and noted on the motion calendar no later than the fourth Friday thereafter, pursuant to LCR 7(d).

DATED: December 19, 2019.

                                                              */s/ Thomas S. Zilly*
                                                              Thomas S. Zilly
                                                              United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS UNDER FED. R. CIV. P. 56 - 1
(No. 2:19-cv-00332-TSZ)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058